IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NEW MANAGEMENT SERVICES LLC, *et al.*, )
)
      Plaintiff, )
)
v. )   Civil Action No. 1:20-cv-1072
)
NEWRNGTSERVICES.COM, *et al.*, )
)
      Defendant. )

## ORDER

On March 10, 2021, United States Magistrate Ivan D. Davis entered an Amended Report and Recommendation (the "Amended Report") in this case, recommending that default judgment be entered in favor of Plaintiffs New management Services LLC and Online Data Exchange LLC and against Defendants newmgtservices.com, newmgrtservices.com, eoscar.com, coscar.net, and e-oscart.net (the "Defendant Domain Names").

Upon consideration of the record and Judge Davis's Amended Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Amended Report (Dkt. 20). The Amended Report renders the original report and recommendation (Dkt. 19) **MOOT**.

Accordingly,

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 15) is **GRANTED** and **DEFAULT JUDGMENT** is entered in favor of Plaintiffs and against the Domain Name Defendants on Count One of the Complaint, Violations of the Federal Anti-Cybersquatting Consumer Protection Act.

It is further **ORDERED** that Count Two of the Complaint, alleging *in rem* trademark infringement, is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that VeriSign, Inc. **SHALL** change the registrar of record for the Defendant Domain Names to Plaintiffs' domain registrar of choice, GoDaddy.com LLC.

It is further **ORDERED** that GoDaddy.com LLC take all necessary steps to have Plaintiff New Management Services, LLC listed as the registrant of the domain names newmgtservices.com and newmgrtservices.com.

It is further **ORDERED** that GoDaddy.com LLC take all necessary steps to have Plaintiff Online Data Exchange LLC listed as the registrant of the domain names eoscar.com, eoscar.net, and e-oscar.net.

The Clerk of the Court is directed to enter Rule 58 judgment against the Defendant Domain Names and in favor of Plaintiffs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendants' last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
July 21, 2021

/s/
T. S. Ellis, III
United States District Judge